UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MYLES RAY SCOTT

CIVIL ACTION

NO. 03-107-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 24, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's Motion to Vacate, Set Aside, or Correct Sentence will be dismissed, with prejudice, as untimely pursuant to 28 U.S.C § 2255(f)(1).

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA