UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MYLES RAY SCOTT

CIVIL ACTION

NO. 03-107-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence is dismissed, with prejudice, as untimely pursuant to 28 U.S.C § 2255(f)(1).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March 4, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA