UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES

VERSUS                                              CRIMINAL ACTION

MYLES RAY SCOTT                                     NUMBER 03-107-RET-SCR

<u>CERTIFICATE OF APPEALABILITY</u>

Having separately issued a final order in connection with the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

   _____    a substantial showing of the denial of a constitutional right on the issue(s) stated below has been made, petitioner's motion for certificate of appealability is **GRANTED**.

ISSUE(S):

   _X_    a substantial showing of the denial of a constitutional right has not been made, petitioner's motion for certificate of appealability is **DENIED** for the reasons set forth in the magistrate judge's report.

Baton Rouge, Louisiana, March 29, 2010.

 

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA